IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL IVERS, | : |
| Plaintiff, | : |
| | : CIVIL ACTION |
| MONTGOMERY COUNTY EMERGENCY SERVICE, INC. d/b/a MONTGOMERY COUNTY MH-MR SERVICE, | : |
| | : No. 22-cv-00685-WB |
| Defendant. | : |

## ORDER

AND NOW this 4th day of November, 2022, upon careful and independent consideration of the Joint Motion and Incorporated Memorandum of Law for Approval of the Parties' FLSA Settlement ("Joint Motion") (Doc. No. 15), and after review of the Report and Recommendation of U.S. Magistrate Judge Richard A. Lloret, and there being no timely objections it is

**ORDERED**

As follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Joint Motion is **GRANTED** in part and **DENIED** in part without prejudice;

3. The language in the release provision is denied as being overbroad and unfair to the Plaintiff. Parties have leave to revise the release provision appropriately and file an amended motion.

4. All remaining portions of the settlement agreement are approved.

**BY THE COURT:**

/s/Wendy Beetlestone, J.

**HON. WENDY BEETLESTONE**
**United States District Judge**