IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL IVERS,**<br>　　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**MONTGOMERY COUNTY EMERGENCY SERVICE, INC. d/b/a MONTGOMERY COUNTY MH-MR SERVICE,**<br>　　　　　**Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO.  22-685** |

# O R D E R

**AND NOW**, this 7th day of February, 2023, upon careful and independent consideration of the Joint Motion and Incorporated Memorandum of Law for Approval of the Parties' FLSA Settlement ("Joint Motion") (Doc. No. 15), and after review of the Revised Report and Recommendation of U.S. Magistrate Judge Richard A. Lloret, and there being no timely objections filed thereto, it is **ORDERED** As follows:

　　　1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

　　　2. All portions of the revised settlement agreement are approved.

　　　　　　　　　　　　　　　　　　　**BY THE COURT:**


　　　　　　　　　　　　　　　　　　　/s/Wendy Beetlestone, J.
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**